# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 30, 2009

138187

TRACY EDRY,
      Plaintiff-Appellant,

v

MARC ADELMAN and MARC ADELMAN,
D.O., P.C.,
      Defendants-Appellees.

_____/

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

SC: 138187
COA: 279676
Oakland CC: 2005-070853-NH

On order of the Court, the application for leave to appeal the December 23, 2008 judgment of the Court of Appeals is considered, and it is GRANTED. The parties shall include among the issues to be briefed: (1) whether *Wickens v Oakwood Healthcare System*, 465 Mich 53 (2001), was correctly decided; and (2) whether the lower courts erred in finding that Dr. Singer's testimony was inadmissible under MRE 702.

The Clerk of the Court is directed to place this case on the January 2010 session calendar for argument and submission. Appellant's brief and appendix must be filed no later than November 13, 2009, and appellees' brief and appendix, if appellees choose to submit an appendix, must be filed no later than December 4, 2009.

The Michigan State Medical Society, Michigan Health and Hospital Association, Michigan Association for Justice, and Michigan Defense Trial Counsel, Inc., are invited to file briefs amicus curiae, to be filed no later than December 16, 2009. Other persons or groups interested in the determination of the issues presented in this case may move the Court for permission to file briefs amicus curiae, to be filed no later than December 16, 2009.



0930

I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 30, 2009

Clerk